TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Leynor Osejo Garcia,<br><br>                    Petitioner<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>                    Respondents | Case No. 2:26-cv-00405-CDS-DJA<br><br>**Order Approving** Joint Stipulation **for Extension of Time for Federal Respondents to File a Response to the Petition for Writ of Habeas Corpus and Motion for Preliminary Injunction (First Request)**<br><br>[ECF No. 5] |

Petitioner Leynor Osejo Garcia ("Petitioner") and Federal Respondents Kristi Noem, Pamela Bondi, Todd Lyons, Bryan Wilcox ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1 and Motion for Preliminary Injunction ("Motion"), ECF No. 2. On February 19, 2026, this Court ordered the Federal Respondents to file a response to the Petition by March 6, 2026. ECF No. 3. On March 5, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition and Motion, because Petitioner has a bond hearing on March 10, 2026, which might render his Petition and Motion moot or change the analysis of the response. Petitioner's counsel agreed to a 10-day extension from Petitioner's bond hearing, extending the deadline to March 17, 2026. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition and Motion from March 6, 2026, to March 17, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 6th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Jeremy Mondejar
Jeremy Mondejar, ESQ.
NV Bar 11213
2885 E Charleston BLVD, Suite 103
Las Vegas, NV 89104
Telephone: (702) 816-6611
*Attorney for Petitioner*

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:**   March 6, 2026

2